1 | Ja Vonne M. Phillips, Esq. SBN 187474
2 | Rami N. Haddad, Esq. SBN 253400
**McCarthy & Holthus, LLP**
3 | 1770 Fourth Avenue
San Diego, CA 92101
4 | Phone (619) 685-4800
5 | Fax (619) 685-4810

**The following constitutes
the order of the court. Signed September 07, 2010**

_Charles Novack_
_____
**Charles Novack
U.S. Bankruptcy Judge**

6 | Attorney for: Secured Creditor,
7 | Chase Home Finance LLC, its assignees and/or successors

10 |                UNITED STATES BANKRUPTCY COURT

11 |                NORTHERN DISTRICT OF CALIFORNIA

12 |                      SAN JOSE DIVISION

14 | In re:                              ) Case No. 10-54304 CN
15 |                                     )
     Richard Scott Gebhard,             ) Chapter   7
16 |                                     )
             Debtor.                    ) RS No.    CMS-5118
17 |                                     )
18 |                                     ) **ORDER ON RESTORED MOTION FOR**
                                         ) **RELIEF FROM AUTOMATIC STAY**
19 |                                     )
20 |                                     ) Date:   08/25/2010
                                         ) Time:   2:00 PM
21 |                                     ) Ctrm:   3070
                                         ) Place:  280 S. First Street
22 |                                     )               San Jose, CA
23 |                                     )
                                         ) Judge:   Charles  Novack
24 | _____      )

25 |     The motion of Secured Creditor, Chase Home Finance LLC, its assignees and/or

26 | successors, for relief from the automatic stay came on regularly for hearing by the Court on the

27 | date, time and place set forth above, before the Honorable Charles  Novack. Movant, Chase

28 | Home Finance LLC, its assignees and/or successors, appeared by and through its Attorney of

Record, McCarthy & Holthus, LLP by Rami N. Haddad, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, Chase Home Finance LLC, its assignees and/or successors, in the real property commonly known as 3381 West Barcelona Drive, Chandler, AZ 85226-1466.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.


**\*\* END OF ORDER \*\***

File No. CA-10-27564
Order on Motion for Relief From Stay
Case No. 10-54304 CN

**COURT SERVICE LIST**

GE Money Bank
c/o Recovery Management Systems Corporation
Attn: Ramesh Singh
25 SE 2nd Ave., Suite 1120
Miami, FL 33131

Richard Scott Gebhard
1969 Geneva Avenue
San Jose, CA 95124

COUNSEL FOR DEBTOR
Scott J. Sagaria
333 West San Carlos Street #1700
San Jose, CA 95110

TRUSTEE
Mohamed Poonja
P.O. Box 1510
Los Altos, CA 94023

File No. CA-10-27564
Court Service List
Case No. 10-54304 CN