SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR # 56671)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In RE:<br><br>RICHARD SCOTT GEBHARD<br><br>Debtor. | Case No: 10-54304-CN<br><br>Chapter 7<br><br>**MOTION TO COMPEL ABANDONMENT OF DEBTOR'S RESIDENCE**<br><br>Hon. Charles Novak |

  RICHARD SCOTT GEBHARD, hereinafter Debtor, hereby files his Motion to Compel Abandonment pursuant to 11. U.S.C. § 554(b) and in support there of respectfully submits as follows:

  Debtor, RICHARD GEBHARD, through his attorney of record, Scott J. Sagaria, respectfully requests that the Court order the Chapter 7 Trustee to abandon the real property located at 1969 Geneva Street, San Jose, California, 95124 (hereinafter the "Property").

  This motion is and will be made upon the grounds that Debtor's homestead exemption, associated closing costs, and commission fees render there no equity to the

benefit of creditors and therefore no benefit to the estate. Debtor has obtained an appraisal and estimate of repairs that need to be done in order to bring the home up to a condition appropriate for potential sale. When factoring these costs into the value of the home, and taking into consideration Debtor's homestead exemption, there is no benefit in the Property remaining in the bankruptcy estate.

This Motion is based upon the Notice, this Motion, the Memorandum of Points and Authorities, the Declaration of Richard Scott Gebhard, on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing on the Motion, if needed.

Any opposition to the Motion must be in writing and in conformity with Local Bankruptcy Rules and must be served upon the undersigned at the address set forth in the upper left-hand corner of this motion and upon the Chapter 7 Trustee, United States Trustee, and filed with the Court no later than 21 days prior to the hearing and that failure to file and serve opposition in conformity with the foregoing may be deemed consent to the relief sought.

Dated: November 15, 2010

　　　/s/ *Patrick Calhoun*
PATRICK CALHOUN
Attorney for Debtor

MOTION TO COMPEL ABANDONMENT OF DEBTOR'S RESIDENCE - 2
Case: 10-54304   Doc# 24   Filed: 11/15/10   Entered: 11/15/10 11:43:58   Page 2 of 2